ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND    \*    COURT OF APPEALS
    \*    OF MARYLAND
    Petitioner    \*

    \*    Misc. Docket AG
v.    \*    No. 58
    \*    September Term, 2013
SUSAN WHITTINGTON RUSSELL    \*

    \*    Circuit Court for
    Respondent    \*    Anne Arundel County
    \*    Case No. 02-C-13-183404
    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter having come before the Court upon the filing of a Joint Petition for Reprimand By Consent, and the Court having considered same,

NOW, THEREFORE, it is this _____27th_____ day of ___February___, 2014,

ORDERED, by the Court of Appeals of Maryland, that Susan Whittington Russell, Respondent in the captioned disciplinary proceeding, is hereby reprimanded for engaging in professional misconduct that violated Rule 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct.

    /s/ Glenn T. Harrell, Jr.
    Senior Judge